IT IS SO ORDERED.
s/*David A. Ruiz*
U.S. District Judge
10/26/2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ROBERT SANTY** | CASE NO:  5:22-cv-01633 |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| vs. | |
| **UNITED STATES OF AMERICA, et al,** | **ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Now comes the Plaintiff, who voluntarily dismisses all claims against all Defendants in the within action, without prejudice, pursuant to pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**KISLING, NESTICO & REDICK, LLC**

/s/ *W. Jack Meola*
W. Jack Meola (0022122)
22 E. McKinley Way, Suite A
Poland, Ohio 44514
Ph:  330-729-1090 / Fax: 330-869-9008
wjmeola@knrlegal.com
***Attorney for Plaintiff***